

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00113-CR

**IN RE** Daniel **PALOMO**, Jr.

Original Proceeding[1]

PER CURIAM

Sitting: Lori I. Valenzuela, Justice
    Adrian A. Spears II, Justice
    H. Todd McCray, Justice

Delivered and Filed: April 2, 2025

PETITION FOR WRIT OF MANDAMUS DENIED

On February 20, 2025, relator filed a petition for writ of mandamus. After considering the petition and the attached appendix, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1]This proceeding arises out of Cause No. 2021-CRD-000332-D2, styled *State of Texas v. Daniel Palomo, Jr.*, pending in the 111th Judicial District Court, Webb County, Texas, the Honorable Joel B. Johnson presiding.